UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ARTHUR GUTIERREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:15-cv-00514- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

On December 24, 2015, the parties filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 14)  The Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by the parties.  Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file serve a response to Plaintiff's opening brief on or before **January 25, 2016**.

IT IS SO ORDERED.

Dated: __**December 28, 2015**__          __/s/ Jennifer L. Thurston__
                                                                   UNITED STATES MAGISTRATE JUDGE

1