UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ARTHUR GUTIERREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:15-cv-00514 - JLT<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND SETTING BRIEFING SCHEDULE |

Frank Arthur Gutierrez seeks an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 19) To date, the commissioner has not filed an opposition to the motion or a notice of non-opposition to the fee request. Accordingly, the Court **ORDERS**:

1. The Commissioner SHALL file a response to Plaintiff's motion for attorney fees within fourteen days of the date of service of this order; and

2. Any reply by Plaintiff SHALL be filed within seven days of the date of service of an opposition by the Commissioner.

IT IS SO ORDERED.

Dated:   **February 21, 2017**         **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1