# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ARTHUR GUTIERREZ,<br><br>       Plaintiff,<br><br>       v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:15-cv-0514 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On March 3, 2017, Plaintiff Frank Arthur Gutierrez and Defendant Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the total amount of $5,416.60.  (Doc. 21 at 2)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:

1. Fees and costs in the amount of $5,416.60 are **AWARDED** to Plaintiff; and
2. Plaintiff's motion for attorney fees (Doc. 19) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   **March 3, 2017**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for her predecessor, Carolyn W. Colvin, as the defendant.

1